**Opinion issued February 28, 2023**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-22-00204-CV

———————————

## IN RE BMB DINING SERVICES (FUQUA), INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, BMB Dining Services (Fuqua), Inc., has filed a petition for writ of mandamus challenging the trial court's March 7, 2022 order, which granted the motion to compel discovery filed by real parties in interest, Ron Jones and Keundrea Smith, individually and on behalf of the Estate of Cynthia Smith, deceased.[1] We

---

[1] The underlying case is *Jones v. RCI Hospitality Holdings, Inc. d/b/a Bombshells, et al.*, cause number 2021-29465, pending in the 151st District Court of Harris County, Texas, the Hon. Mike Engelhart presiding.

deny the mandamus petition, and we lift the stay imposed by our March 22, 2022 order.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.